```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 07 B 12178
   STANLEY MILES JR
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-0070


------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
   The case was filed on 07/09/2007 and was not confirmed.

   The case was dismissed without confirmation 11/28/2007.
------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
------------------------------------------------------------------------
CONSUMER PORTFOLIO       SECURED VEHIC    3500.00            .00            .00
CITY OF CHICAGO PARKING  UNSECURED        2831.66            .00            .00
ARNOLD SCOTT HARRIS      NOTICE ONLY     NOT FILED          .00            .00
LINEBARGER GOGGAN BLAIR  NOTICE ONLY     NOT FILED          .00            .00
COMMONWEALTH EDISON      UNSECURED        2870.97            .00            .00
FIRST PREMIER BANK       UNSECURED       NOT FILED          .00            .00
GREG HAYNES              UNSECURED       NOT FILED          .00            .00
JEFFERSON CAPITAL SYSTEM UNSECURED        1009.63            .00            .00
HOUSEHOLD  BANK          NOTICE ONLY     NOT FILED          .00            .00
ASSET ACCEPTANCE LLC     UNSECURED         153.92            .00            .00
TIMOTHY K LIOU           DEBTOR ATTY          .00                           .00
TOM VAUGHN               TRUSTEE                                            .96
DEBTOR REFUND            REFUND                                          177.84

   Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                      RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                 178.80

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                             .96
DEBTOR REFUND                                 177.84
                     ---------------    ---------------
TOTALS                  178.80                178.80
```

           PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 07 B 12178 STANLEY MILES JR

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/27/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 12178 STANLEY MILES JR